*Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. W. Marvin Smith* for respondent.

No. 68.  WYANT *v.* CALDWELL, RECEIVER.  October 13, 1941.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.  *Claude Wyant, pro se.*

No. 99.  BROOKS *v.* HILL-SHAW COMPANY.  October 13, 1941.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Joseph D. Ryan* and *Marshall Solberg* for petitioner.  *Messrs. Joseph H. Hinshaw* and *Oswell G. Treadway* for respondent.

No. 148.  DUGAN *v.* ASHE, WARDEN.  October 13, 1941. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis,* denied.  *Raymond Dugan, pro se.*

No. 158.  GOODALE *v.* CAMPBELL ET AL.  October 13, 1941.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.  *Hazel Frances Goodale, pro se.  Mr. Harry C. Howard* for respondents.

No. 159.  NEW YORK EX REL. MARK *v.* WARDEN OF THE ATTICA STATE PRISON.  October 13, 1941.  Petition for